**Electronically Filed
Supreme Court
SCPW-14-0001346
21-JAN-2015
02:58 PM**

SCPW-14-0001346

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

Q. BRITT CORMIER, Petitioner,

vs.

THE FAMILY COURT OF THE FIRST CIRCUIT,
STATE OF HAWAIʻI, Respondent.

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the document submitted by Petitioner Q. Britt Cormier entitled, "Notice of Appeal from the Family Court First Circuit for not Filing Documents," which was filed as a petition for a writ of mandamus on December 8, 2014, the document attached thereto and submitted in support thereof, and the record, it appears that (1) the first circuit family court has filed several petitions for temporary restraining orders in which Petitioner sought relief against Kayla M. Malsol and Charisse Gali, and (2) the most recent petitions were filed in the first circuit family court on November 28, 2014. Petitioner, therefore, fails to demonstrate that she is entitled to the requested relief. See Kema v. Gaddis, 91 Hawaiʻi 200,

204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action); <u>Barnett v. Broderick</u>, 84 Hawai'i 109, 111, 929 P.2d 1359, 1361 (1996) (mandamus relief is available to compel an official to perform a duty allegedly owed to an individual only if the individual's claim is clear and certain, the official's duty is ministerial and so plainly prescribed as to be free from doubt, and no other remedy is available).  Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED: Honolulu, Hawai'i, January 21, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2